# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**JEFFREY D. HOUSE,**

    Petitioner,

    V.        CASE NUMBER: **07-C-1123**

**STATE OF WISCONSIN**,

    Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Jeffrey D. House's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED for lack of jurisdiction.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|   January 18, 2008 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |